1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Joel E. Duenas

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOEL E. DUENAS,                    )  Case No.:   EDCV14-01399-DFM
                                      )
12           Plaintiff,               )  {~~PROPOSED~~} ORDER AWARDING
                                      )  EQUAL ACCESS TO JUSTICE ACT
13    vs.                             )  ATTORNEY FEES AND EXPENSES
                                      )  PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting          )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   )  U.S.C. § 1920
15                                    )
             Defendant                )
16 _____)

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20        IT IS ORDERED that fees and expenses in the amount of $5,300.00 as

21 authorized by 28 U.S.C. § 2412, and costs in the amount of $30.00 as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:    November 10, 2015

24                              _____
                               DOUGLAS F. MCCORMICK
25                              UNITED STATES MAGISTRATE JUDGE

26

                                      -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Vijay J. Patel*
   _____

4  Vijay J. Patel
   Attorney for plaintiff Joel E. Duenas

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26